PUTNAM TRUST COMPANY OF GREENWICH *v.*
GERHARD P. HUTTER ET AL.

The defendants Gerhard P. Hutter and Nance Hutter's petition for certification for appeal from the Appellate Court (AC 13672) is denied.

*Gerhard P. Hutter,* pro se, and *Nance Hutter,* pro se, in support of the petition.

*Michael J. Jones,* in opposition.

Decided November 3, 1994

PIE PLATE, INC., ET AL. *v.* TEXACO, INC.

The petition of the plaintiff Pie Plate, Inc., for certification for appeal from the Appellate Court, 35 Conn. App. 305 (AC 11483), is denied.

BERDON, J., dissenting. I would grant the petition for certification for review filed by the plaintiff Pie Plate, Inc.

*Neil F. Murphy, Jr.,* in support of the petition.

*Paul D. Sanson* and *Sheila Huddleston,* in opposition.

Decided November 3, 1994

ANDRES RODRIQUEZ *v.* COMMISSIONER OF CORRECTION

The petitioner Andres Rodriquez' petition for certification for appeal from the Appellate Court, 35 Conn. App. 527 (AC 12237), is denied.

*Deborah DelPrete Sullivan,* assistant public defender, in support of the petition.

*Jacqueline J. Footman,* assistant state's attorney, in opposition.

Decided November 3, 1994